FILED

1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6

7  Attorneys for Defendant
   Portfolio Recovery Associates, LLC

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                           WESTERN DIVISION

12

13  DICKSON WONG,                    )  CASE NO.:  CV13-07714-FMO
                                     )                    (PJWx)
14             Plaintiff,            )
                                     )
15      vs.                          )  NOTICE OF REMOVAL
                                     )
16                                   )
   PORTFOLIO RECOVERY                )
17  ASSOCIATES, LLC,                 )
                                     )
18             Defendant.            )
                                     )
19  _____   )

20

21

22

23

24

25

26

27

28

COPY

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Portfolio Recovery Associates, LLC ("Defendant"), a Delaware limited liability company, hereby removes to this Court the state court action described below.

1.     On September 16, 2013, a complaint was filed against Defendant by plaintiff Dickson Wong ("Plaintiff"), in an action pending in the small claims division of the Alhambra Courthouse of the Superior Court of the State of California in and for the County of Los Angeles, entitled *Dickson Wong v. Portfolio Recovery Associates, LLC,* Case No. 13G05237.  A copy of the state court complaint ("Complaint") is attached hereto as **Exhibit A**.

2.     This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was first served with a copy of the Complaint on September 19, 2013.

## JURISDICTION

3.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the Complaint asserts claims against Defendant under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq. See* Exhibit A, at p. 2, ¶ 3.

## VENUE

4.     The Complaint was filed in the small claims division of the Alhambra Courthouse of the Superior Court of California, County of Los Angeles.  *See* Exhibit A.  Venue in this District Court is proper.  *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(c)

1   (Central District comprises the counties of Los Angeles, Ventura,  Santa Barbara,

2   San Luis Obispo, Orange, Riverside, and San Bernardino).

3        5.    Defendant is represented by the undersigned.

4

5   DATED: October 18, 2013        SIMMONDS & NARITA LLP
                                   JEFFREY A. TOPOR

6                                   ARVIN C. LUGAY

7

8                           By:

9                               Arvin C. Lugay
                               Attorneys for Defendant

10                            Portfolio Recovery Associates, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

**ORIGINAL**

| SC-100 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |
|---|---|

**FILED**

Clerk stamps date here when form is filed.

LOS ANGELES SUPERIOR COURT

2013 SEP 16 P 3: 55.

SHERRI R. CARTER, CLERK

BY _____ DEPUTY

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Fill in court name and street address:

**Superior Court of California, County of**
Los Angeles,
Alhambra Court House
150 W. Commonwealth,
Alhambra, CA 91801

Clerk fills in case number and case name:

**Case Number:**
13 G 05237

**Case Name:** DICKSON WONG Vs

PORTFOLIO RECOVERY ASSOCIATES LLC.

---

### Order to Go to Court

**The people in ① and ② must go to court:** (Clerk fills out section below.)

| **Trial Date** | → | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|---|
| | 1. | 11-22-13 | 8:15am | NE2 | |
| | 2. | | | | |
| | 3. | | | | John A. Clarke, Executive Officer/Clerk |

Date: SEP 16 2013    Clerk, by _____ , Deputy

R-Tam

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

---

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

SC-100, Page 1 of 5

Plaintiff *(list names):* _DICKSON WONG_

| Case Number: |
| --- |
|  |

**①** **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: _DICKSON Wong_      Phone: (_626_) _457-5709_

Street address: _222 S. Curtis Ave #D, Alhambra,_     _CA_   _91801_
          *Street*                 *City*        *State*    *Zip*

Mailing address *(if different):* _____
                    *Street*             *City*        *State*    *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____     Phone: (___)_____

Street address: _____
           *Street*             *City*        *State*    *Zip*

Mailing address *(if different):* _____
                    *Street*             *City*        *State*    *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**②** **The Defendant (the person, business, or public entity being sued) is:**

Name: _Portfolio Recovery Associates, LLC_    Phone: (_800_) _772-1413_

Street address: _120 Corporate Blvd.,_     _Norfolk_    _VA_   _23502_
           *Street*             *City*        *State*    *Zip*

Mailing address *(if different):* _7625 N. Palm Ave Suite 108, Fresno_   _CA_   _93711_
_their branch office_        *Street*             *City*        *State*    *Zip*

**If more than one Defendant, list next Defendant here:**

Name: _____     Phone: (___)_____

Street address: _____
           *Street*             *City*        *State*    *Zip*

Mailing address *(if different):* _____
                    *Street*             *City*        *State*    *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**③** **The Plaintiff claims the Defendant owes $** _7000_ . *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? _Defendant violated (multiple) FDCPA rules_
_and violated (multiple) FCRA rules. This case is related to another Court_
_Case (13A11436) at Superior Court of California (L.A. County)_

b. When did this happen? *(Date):* _____
   If no specific date, give the time period: Date started: _6/24/2013_    Through: _Present September 2013_

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* _____
_$1000 (max for multiple FDCPA violations) and $6000 (6 Counts of FCRA) violations @3_

☑ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at* _credit_
*the top.*                                          _rating_
                                                 _agencies_

Revised January 1, 2012         **Plaintiff's Claim and ORDER**         **SC-100**, Page 2 of 5
                            **to Go to Small Claims Court**            ➔
                                **(Small Claims)**

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: 13 G 05 2 3 7 |
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3a)

-Affected credit accounts:
-Partial account#545800242086.....( as listed on Credit Report Agencies)
-Partial account#549110001053.....

Affected reports Credit Report Angencies:
-Experian, Equifax and TransUnion

For complete FDCPA:
http://www.ftc.gov/os/statutes/fdcpa/fdcpact.shtm

For complete FCRA:
http://www.ftc.gov/os/statutes/031224fcra.pdf

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

**ATTACHED DECLARATION**

MC-031

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05 2 3 7 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3a)

1. Multiple FDCPA (Fair Debt Collection Practice Act) violations:

§ 809.  Validation of debts  [15 USC 1692g]

(a) Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing --

(1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed;

(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and ( to be continued)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  09-16-2013

Dickson Wong

(TYPE OR PRINT NAME)  ·  (SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: G 05 2 3 7 |
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3a)

1. Multiple FDCPA (Fair Debt Collection Practice Act) violations:

§ 809. Validation of debts   [15 USC 1692g]

to continue (5) (b):

or name and address of the original creditor, is mailed to the consumer by the debt collector.

(c) The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 1 3 6 05 2 3 7 |

### DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3a)

1. Multiple FDCPA (Fair Debt Collection Practice Act) violations:

§ 805. Communication in connection with debt collection   [15 USC 1692c]

3(b): COMMUNICATION WITH THIRD PARTIES. Except as provided in section 804, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than a consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

(c) CEASING COMMUNICATION.  If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except -- (1) to advise the consumer that the debt collector's further efforts are being terminated;

--(2) to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or

--(3) where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

If such notice from the consumer is made by mail, notification shall be complete upon receipt.

(d) For the purpose of this section, the term "consumer" includes the consumer's spouse, parent (if the consumer is a minor), guardian, executor, or administrator

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

MC-031

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05 2 3 7 |

### DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3a)

2. Six counts of FCRA ( Fair Credit Reporting Act):

FCRA: 1681s-2(a)(7): Financial institution must provide notice to the consumer when submitting negative information to credit rating agency, must be within 30 days, must be in it's own mailing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05 2 3 7 |

### DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3a)

2. Six counts of FCRA ( Fair Credit Reporting Act)

§ 616. Civil liability for willful noncompliance [15 U.S.C. § 1681n]
(a) In general. Any person who willfully fails to comply with any requirement imposed
under this title with respect to any consumer is liable to that consumer in an amount
equal to the sum of:

(1) (A) any actual damages sustained by the consumer as a result of the failure or
damages of not less than $100 and not more than $1,000; or

(B) in the case of liability of a natural person for obtaining a consumer report
under false pretenses or knowingly without a permissible purpose, actual
damages sustained by the consumer as a result of the failure or $1,000,
whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the
costs of the action together with reasonable attorney's fees as determined by the court.

b) Civil liability for knowing noncompliance. Any person who obtains a consumer report
from a consumer reporting agency under false pretenses or knowingly without a permissible
purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer
reporting agency or $1,000, whichever is greater.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

MC-031

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05 2 3 7 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3a)

2. Six counts of FCRA ( Fair Credit Reporting Act)

.§ 617. Civil liability for negligent noncompliance [15 U.S.C. § 1681o]

(a) In general. Any person who is negligent in failing to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

(1) any actual damages sustained by the consumer as a result of the failure; and

(2) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 05237 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

"SC-100, item 3c):
Multiple FDCPA (Fair Debt Collection Practice Act) violations:
Full article at: (http://www.ftc.gov/os/statutes/fdcpa/fdcpact.shtm)

§ 813. Civil liability [15 USC 1692k]

(a) Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this title with respect to any person is liable to such person in an amount equal to the sum of --

(1) any actual damage sustained by such person as a result of such failure;

(2) (A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; or

(B) in the case of a class action, (i) such amount for each named plaintiff as could be recovered under subparagraph (A), and (ii) such amount as the court may allow for all other class members, without regard to a minimum individual recovery, not to exceed the lesser of $500,000 or 1 per centum of the net worth of the debt collector; and

(3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court. On a finding by the court that an action under this section was brought in bad faith and for the purpose of harassment, the court may award to the defendant attorney's fees reasonable in relation to the work expended and costs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☒ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

**MC-031**

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: 05237 |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

"SC-100, item 3c):
Multiple FDCPA (Fair Debt Collection Practice Act) violations:
Full article at: (http://www.ftc.gov/os/statutes/fdcpa/fdcpact.shtm)

§ 813. Civil liability  [15 USC 1692k]
To continue (3):
(b) In determining the amount of liability in any action under subsection (a), the court shall consider, among other relevant factors --

(1) in any individual action under subsection (a)(2)(A), the frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, and the extent to which such noncompliance was intentional; or

(2) in any class action under subsection (a)(2)(B), the frequency and persistence of noncompliance by the debt collector, the nature of such noncompliance, the resources of the debt collector, the number of persons adversely affected, and the extent to which the debt collector's noncompliance was intentional.

(c) A debt collector may not be held liable in any action brought under this title if the debt collector shows by a preponderance of evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 6 05 2 3 7 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

"SC-100, item 3c):

Multiple FDCPA (Fair Debt Collection Practice Act) violations:

Full article at: (http://www.ftc.gov/os/statutes/fdcpa/fdcpact.shtm)

§ 813. Civil liability [15 USC 1692k]

To continue (3):

(d) An action to enforce any liability created by this title may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs.

(e) No provision of this section imposing any liability shall apply to any act done or omitted in good faith in conformity with any advisory opinion of the Commission, notwithstanding that after such act or omission has occurred, such opinion is amended, rescinded, or determined by judicial or other authority to be invalid for any reason.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

**MC-031**

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05 2 3 7 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

"SC-100, item 3c):

Multiple FCRA ( Fair Credit Reporting Act) violations:

Full article at: http://www.ftc.gov/os/statutes/031224fcra.pdf

To continue (3):

616. Civil liability for willful noncompliance [15 U.S.C. § 1681n]

(a) In general. Any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

(1) (A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or

(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

(b) Civil liability for knowing noncompliance. Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| | |
|---|---|
| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05 2 3 7 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

"SC-100, item 3c):

Multiple FCRA ( Fair Credit Reporting Act) violations:

Full article at: http://www.ftc.gov/os/statutes/031224fcra.pdf

To continue (3):

616. Civil liability for willful noncompliance [15 U.S.C. § 1681n

c) Attorney's fees. Upon a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees reasonable in relation to the work expended in responding to the pleading, motion, or other paper.

d)Clarification of willful noncompliance. For the purposes of this section, any person who printed an expiration date on any receipt provided to a consumer cardholder at a point of sale or transaction between December 4, 2004, and the date of the enactment of this subsection but otherwise complied with the requirements of section 605(g) for such receipt shall not be in willful noncompliance with section 605(g) by reason of printing such expiration date on the receipt.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

**MC-031**

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05237 |

### DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, item: 3c)

To summarize:

Multiple FDCPA violations ( max. at $1,000.00 ) plus multiple FCRA violations ( 6 x $1,000 each) = $7,000.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff ☑ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

Plaintiff *(list names)*: _DICKSON WONG_

Case Number: 1 3 G 05237

**(4)** **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?**  ☑ Yes ☐ No

*If no, explain why not:* _____

_____

**(5)** **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.
    (2) Where the <u>Plaintiff's property was damaged</u>.
    (3) Where the Plaintiff was injured.

    (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☑ Other *(specify):* Where the violations took place & happened AND Jurisdiction of Court; limitation of actin
§ 618. [15 U.S.C. § 1681p ] See: www.ftc.gov/os/statues/031224fcra.pdf AND: www.ftc.gov/os 2011/07/110720 fcrareport.pdf (see Pg. 89)

**(6)** List the zip code of the place checked in **(5)** above *(if you know):* 91801

**(7)** **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8)** **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9)** **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

**(10)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 9/11/2013    DICKSON Wong
    *Plaintiff types or prints name here*      ► *Plaintiff signs here*

Date: _____
    *Second Plaintiff types or prints name here*      ► *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

MC-031

| PLAINTIFF/PETITIONER: Dickson Wong | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Portfolio Recovery Associates, LLC | 13 G 05 2 3 7 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

"SC-100, item 5e):

FCRA :

http://www.ftc.gov/os/statutes/031224fcra.pdf
§ 618. Jurisdiction of courts; limitation of actions [15 U.S.C. § 1681p]
An action to enforce any liability created under this title may be brought in any appropriate
United States district court, without regard to the amount in controversy, or in any other court of competent
jurisdiction, not later than the earlier of (1) 2 years after the date of discovery by the plaintiff of the violation
that is the basis for such liability; or (2) 5 years after the date on which the violation that is the basis for such
liability occurs.

FDCPA:

http://www.ftc.gov/os/2011/07/110720fcrareport.pdf Page 89
Section 618 – Jurisdiction of Courts; Limitation of Actions 15 USC 1681p
Section 618 allows civil actions to be brought in any court of competent jurisdiction not later than the earlier of
(1) two years after the date of discovery by the plaintiff of the violation or (2) five years after the date on which
the violation occurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09-16-2013

Dickson Wong
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☒ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

**ATTACHED DECLARATION**

## SC-100 — Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal.* You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim.* There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

### ? Need help?
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

---

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)*

## SC-100   Información para el demandado (la persona demandada)

La **"Corte de reclamos menores"** es una corte especial donde se deciden casos por $5,000 o menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea bajo las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en: *www.courts.ca.gov/reclamosmenores/preparese.*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio.)

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en: *www.courts.ca.gov/reclamosmenores/asesores.*

**\*Excepciones:** Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural para obtener daños o lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge        Fernando M. Olguin        and the assigned
Magistrate Judge is                Patrick J. Walsh                .

The case number on all documents filed with the Court should read as follows:

## 2:13-CV-7714-FMO (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of
California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.


Clerk, U. S. District Court


October 18, 2013                               By  MDAVIS
Date                                           Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is
filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ Western Division          ☐ Southern Division          ☐ Eastern Division
312 N. Spring Street, G-8      411 West Fourth St., Ste 1053    3470 Twelfth Street, Room 134
Los Angeles, CA 90012          Santa Ana, CA 92701             Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☒ )<br><br>DICKSON WONG | DEFENDANTS ( Check box if you are representing yourself ☐ )<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)<br>Dickson Wong<br>222 S. Curtis Avenue, Apt. D<br>Alhambra, CA 91801<br>(626) 457-5709 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)<br>Jeffrey A. Topor (SBN 195545); Arvin C, Lugay (SBN 242599)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010, San Francisco, CA 94104<br>(415) 283-1000, Fax - (415) 352-2625 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding  ☒ 2. Removed from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Reinstated or Reopened  ☐ 5. Transferred from Another District (Specify)  ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 7,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
The Complaint alleges violations of the Fair Debt Collection Practice Act and the Fair Credit Reporting Act.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number:    **CV13-07714**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**CIVIL COVER SHEET**

**VIII. VENUE**: Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☒ Yes ☐ No<br><br>If "no, " go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☒ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br><br>☐ Yes ☒ No<br><br>If "no, " go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   _[signature]_   DATE: October 18, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |